# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MARIA C. MALDONADO, :

    Plaintiff, :

                                           Case No. 3:15cv00322

vs. :

                                           District Judge Walter H. Rice

CAROLYN W. COLVIN, :   Chief Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

---

## DECISION AND ENTRY

---

This social security case is presently before the Court upon the parties' Joint Motion For Remand (Doc. #16). The parties agree that this matter should be remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the Administrative Law Judge will reassess the severe impairments, reassess the medical opinions, and issue a new decision.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion For Remand (Doc. #16) is GRANTED;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is REMANDED to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with this Decision and Entry; and

4. The case is terminated on this Court's docket.

                                                                  Walter H. Rice
                                               United States District Judge